41 A.3d 855

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Frederick M. TORRENCE, aka Kevin Torrence; Kevin Jones, Appellant.**

Supreme Court of Pennsylvania.

April 4, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of April, 2012, the Commonwealth's Application for Relief is **GRANTED,** and this appeal is **DISMISSED AS MOOT.** *See e.g. Spencer v. Kemna,* 523 U.S. 1, 7, 118 S.Ct. 978, 140 L.Ed.2d 43 (1998); *Pap's A.M. v. City of Erie,* 571 Pa. 375, 812 A.2d 591, 599 (2002).